**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**SAMUEL L. HENDERSON**                                                   **PLAINTIFF**

**v.**                              **CASE NO: 5:17CV00028 BSM**

**L. JOHNSON, et al.**                                                       **DEFENDANTS**


**<u>ORDER</u>**

The partial recommended disposition [Doc. No. 6] submitted by United States Magistrate Judge Jerome T. Kearney has been reviewed. No objections have been filed. After careful consideration, the partial recommended disposition is hereby adopted in all respects. Accordingly, defendants Arkansas Department of Correction, L. Johnson, Croskete, Matlock, Going, Patton, Wosby, and Dunalin are dismissed because plaintiff Samuel L. Henderson has failed to state a claim upon which relief may be granted against them.

IT IS SO ORDERED this 14th day of April 2017.


_____
UNITED STATES DISTRICT JUDGE