IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SAMUEL L. HENDERSON                                                          PLAINTIFF

v.                      CASE NO: 5:17CV00028 BSM

CORRECT CARE SOLUTIONS, et al.                                    DEFENDANTS

## ORDER

The partial recommended disposition [Doc. No. 21] submitted by United States Magistrate Judge Jerome T. Kearney and plaintiff Samuel Henderson's objections [Doc. No. 22] have been reviewed. After careful consideration, the partial recommended disposition is hereby adopted in all respects. Accordingly, defendants Keith Waddle, Moore, Ridge Hightrider and Burls are dismissed with prejudice because plaintiff Samuel L. Henderson has failed to state a claim upon which relief may be granted against them.

IT IS SO ORDERED this 5th day of June 2017.

_____
UNITED STATES DISTRICT JUDGE