IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**SAMUEL L. HENDERSON.**                                                       **PLAINTIFF**
**ADC #120748**

v.                              **CASE NO. 5:17-CV-00028 BSM**

**L. JOHNSON, et al.**                                                               **DEFENDANTS**

<u>**ORDER**</u>

The recommended disposition [Doc. No. 38] filed by United States Magistrate Judge Jerome T. Kearney has been received. No objections have been filed. After careful consideration, the recommended disposition is hereby adopted in its entirety. Accordingly, the defendants' motion for summary judgment [Doc. No. 31] is granted and plaintiff Samuel Henderson's complaint is dismissed with prejudice.

IT IS SO ORDERED this 14th day of June 2018.

                                                                                            _____
                                                                                        UNITED STATES DISTRICT JUDGE